```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

DATASCI, LLC                        *

         Plaintiff                  *

      vs.                           * CIVIL ACTION NO. MJG-04-1328

PHASE FORWARD INCORPORATED,         *
et al.
         Defendants                 *

*     *     *     *     *     *     *     *     *
```

### ORDER OF DISMISSAL WITHOUT PREJUDICE

It appears that the parties agree that the instant case should be dismissed without prejudice.

Accordingly:

1. Plaintiff's Motion to Dismiss Without Prejudice is GRANTED.

2. This case is hereby DISMISSED WITHOUT PREJUDICE.

3. The parties shall bear their own respective costs of this action.

SO ORDERED, on <u>Thursday, August 5, 2004</u>.

```
                          _____/ s /_____
                          Marvin J. Garbis
                       United States District Judge
```